IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ALLEN CHRISTIAN, AIS # 177126, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-457-WKW |
| KAY IVEY, JEFFERSON S. DUNN, and CHRISTOPHER GORDY, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On July 2, 2019, the Magistrate Judge filed a Recommendation that concluded that this action should be transferred under 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Alabama. (Doc. # 3.) Plaintiff does not object to the Recommendation and consents to a change of venue to the Northern District. (Doc. # 4.)

Accordingly, it ORDERED that the Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED and that, pursuant to 28 U.S.C. § 1404(a), this action is TRANSFERRED to the United States District Court for the Northern District of Alabama. This court makes no determination about the merits of Plaintiff's claims.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the terms of this Order.

DONE this 25th day of July, 2019.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE